246 So.2d 685

**Henry BORDELON, Individually and as Administrator on Behalf of his Minor Son, Donald Bordelon**

v.

**The PHOENIX INSURANCE COMPANY et al.**

No. 51337.

April 22, 1971.

In re: Henry Bordelon applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 244 So.2d 919.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

246 So.2d 685

**Woodrow THREETON, Individually and as Administrator on Behalf of his Minor Son, Ben W. Threeton**

v.

**The PHOENIX INSURANCE COMPANY et al.**

No. 51338.

April 22, 1971.

In re: Woodrow Threeton applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 244 So.2d 919.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.